**JUDGE BUCHWALD**   08 CV 01670

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HIGHLAND PARK CDO I GRANTOR TRUST, SERIES A<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW STUDER, FRED GRAFT, ERNIE MALAS, and PETER CORATOLA,<br><br>Defendants. | 08 Civ. _____<br><br>**RULE 7.1 STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff Highland Park CDO I Grantor Trust, Series A ("Highland") certifies that Highland is privately owned and has no affiliates that are publicly owned.

Dated:   New York, New York
         February 18, 2008

                                        ORRICK, HERRINGTON & SUTCLIFFE LLP

                                        By: _____
                                            Michael Stolper

666 Fifth Avenue
New York, New York 10103
(212) 506-5000

Attorneys for Plaintiff Highland Park CDO I
Grantor Trust, Series A