# JUDGE BUCHWALD

✎AO 440  (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

Southern _____  District of _____  New York

HIGHLAND PARK CDO I GRANTOR TRUST,
SERIES A

V.

MATTHEW STUDER, FRED GRAFT, ERNIE
MALAS, and PETER CORATOLA,

### SUMMONS IN A CIVIL ACTION

CASE NUMBER:   08 CV

# 08 CV 01670

TO: (Name and address of Defendant)

Matthew Studer
4130 Daventry Road
Columbus, OH 43220

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael Stolper
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103
212-506-5000

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

FEB 2 0 2008

## J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE

AO 440  (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | *February 22, 2008* |
| NAME OF SERVER *(PRINT)* *Robinson Howard* | TITLE | *Law Clerk* |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify):  *See Attached*

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL | $0.00 |
|---|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   *2/26/2008*
              Date                    Signature of Server

              *Manhattan, New York*
              Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

ORRICK, HERRINGTON & SUTCLIFFE LLP
666 Fifth Avenue
New York, New York  10103
Telephone:  (212) 506-5000
Facsimile:  (212) 506-5151

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

HIGHLAND PARK CDO I GRANTOR
TRUST, SERIES A

               Plaintiff,

    v.

MATTHEW STUDER, FRED GRAFT, ERNIE
MALAS, and PETER CORATOLA,

            Defendants.

08 Civ. 01670 (NRB)(JCF)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                : ss.:
COUNTY OF NEW YORK )

       Robinson Howard, being duly sworn, deposes and says:

    1.      I am over the age of 18 years and am not a party to this action, and am

employed by Orrick, Herrington & Sutcliffe LLP.

    2.      On the 22nd day of February, 2008, I served by Certified Mail, Return

Receipt Requested, a true copy of the Summons In A Civil Action, Complaint, Civil

Cover Sheet, Rule 7.1 Statement, Individual Practice Rules of Judge Buchwald and

Magistrate Judge Francis and Guidelines and Procedures for Electronic Case Filing upon

the following:

           Matthew Studer
           4130 Daventry Road
           Columbus, OH 43220

by placing the same in a sealed envelope postage prepaid, addressed to the above in an

official depository under the exclusive care and custody of the U.S. Postal Service within

New York State.

      3.      Pursuant to the contract, attached as Exhibit C to the Complaint,

Defendant Matthew Studer consents to service by Certified Mail.  A copy of the Certified

Mail Receipt is attached to this Affidavit of Service.

                              Robinson Howard

Sworn to before me this
26th day of February, 2008

      Notary Public

THOMAS BACKIEL
Notary Public, State of New York
No. 01BA6083754
Qualified in Queens County
Commission Expires Nov. 25, 2010



**Certified Mail Provides:**

- A mailing receipt
- A unique identifier for your mailpiece
- A record of delivery kept by the Postal Service for two years

**Important Reminders:**

- Certified Mail may ONLY be combined with First-Class Mail® or Priority Mail®.
- Certified Mail is *not* available for any class of international mail.
- NO INSURANCE COVERAGE IS PROVIDED with Certified Mail. For valuables, please consider insured or Registered Mail.
- For an additional fee, a *Return Receipt* may be requested to provide proof of delivery. To obtain Return Receipt service, please complete and attach a Return Receipt (PS Form 3811) to the article and add applicable postage to cover the fee. Endorse mailpiece "Return Receipt Requested". To receive a fee waiver for a duplicate return receipt, a USPS® postmark on your Certified Mail receipt is required.
- For an additional fee, delivery may be restricted to the addressee or addressee's authorized agent. Advise the clerk or mark the mailpiece with the endorsement *"Restricted Delivery"*.
- If a postmark on the Certified Mail receipt is desired, please present the article at the post office for postmarking. If a postmark on the Certified Mail receipt is not needed, detach and affix label with postage and mail.

**IMPORTANT: Save this receipt and present it when making an inquiry.**

PS Form 3800, August 2006 *(Reverse)* PSN 7530-02-000-9047