BAUMAN KATZ & GRILL LLP
ATTORNEYS AT LAW
28 West 44th Street
Suite 900
New York, New York 10036

DANIEL E. KATZ
MARK S. BAUMAN
DAVID M. GRILL
STEVEN CRAMER

EREZ GLAMBOSKY
LEE STUMACHER
ELVIRA BARISANO
YASMIN R. SAEED

Telephone: (212) 684-0300
Facsimile: (212) 417-9380
E-Mail: bkg@bkglitplaw.com

JOHN M. GIORDANO
Of Counsel

March 24, 2008

**VIA FACSIMILE (212)805-7927**

Judge Naomi R. Buchwald
United States District Court
United States Courthouse, Room 2270
500 Pearl Street
New York, New York 10007

Re: Highland Park CDO Trust I Grantor Trust, Series A v. Matthew Studer, et al.
Case No.: 08 Civ 01670 (NRB)

Dear Judge Buchwald:

We are counsel for the Defendants in the above captioned action. I am writing to request an extension of time to move against or answer the Complaint beyond March 24, 2008, which is apparently the date the Answer is due if no extension of any sort is granted to Defendants. Plaintiff's counsel has refused to grant us any extension unless we waive all jurisdictional and venue related defenses. Because we were only retained as counsel last week, and we are still in the process of reviewing the file, we do not believe it would be appropriate for us to waive any defenses at this time. We apologize for burdening the Court with this request, but Plaintiff's counsel's refusal to grant us the usual courtesies regarding adjournments has compelled us to make this request. (I have annexed a copy of the Complaint as Exhibit "A" to this letter).

The Nature of the Complaint

Plaintiff's complaint does not seek any injunctive or other interim relief which would require immediate court intervention. Rather, it is an action wherein Plaintiff is seeking to enforce what allegedly are personal guarantees which were given by the Defendants. Jurisdiction and venue is purportedly founded upon a contractual provision in the guarantee. As best as I can determine based upon my preliminary review of the file, there is no other reason upon which to base jurisdiction and venue in New York.

The Retention of My Firm to
Represent Defendants in this Action

As I understand it, the Defendants are all based in Ohio. Their Ohio counsel, Mark Kessler, Esq. of Hahn, Loeser & Parks, LLP of Columbus, Ohio, contacted me about representing them in the instant action and my firm was retained on Tuesday, March 18, 2008. I contacted counsel for Plaintiff on or about March 20, 2008 to introduce myself and to ask about obtaining an adjournment regarding responding to the Complaint. Plaintiff's counsel informed me that Defendants' response was due at the end of March, and that if we wanted a further adjournment until April 7 we would be required to waive jurisdictional and venue defenses.

I was contacted by counsel for Plaintiff on Friday, March 21, 2008. He told me at that time that he was out of the office when he last spoke to me, and the Defendants' response to the Complaint was actually due on (the next business day) Monday, March 24, 2007 unless we waived jurisdictional and venue related defenses. He said this was based on an e-mail he had previously sent to Mr. Kessler, and he forwarded me that e-mail on Friday at 3:45 p.m. (I have annexed this e-mail as Exhibit "B" to this letter). Mr. Kessler was out of the office on Friday and I am told he is on vacation until March 27, 2008.

More importantly, Plaintiff's counsel refused to extend Defendants' time to respond to the Complaint beyond March 24, 2008 (although he previously told me I had until the end of March) unless I waived all jurisdictional and venue related defenses.

Under all the circumstances as set forth above, I believe Plaintiff's refusal to grant any adjournment beyond today, March 24, 2008, is clearly unreasonable. I respectfully request that Defendants be granted an extension until April 24, 2008 to move against or answer the Complaint.

So Ordered
Naomi Reice Buchwald
USDJ
3/24/08

We have made no prior requests for an adjournment to this Court.

Thank you for your consideration.

Respectfully,

Daniel E. Katz (7222)

DEK:tw
Enc.

cc: Michael T. Stolper, Esq. (via facsimile)