ORRICK, HERRINGTON & SUTCLIFFE LLP
666 Fifth Avenue
New York, New York 10103
Telephone: (212) 506-5000
Facsimile: (212) 506-5151

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HIGHLAND PARK CDO I GRANTOR TRUST, SERIES A<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW STUDER, FRED GRAFT, ERNIE MALAS, and PETER CORATOLA,<br><br>Defendants. | 08 Civ. 01670 (NRB)(JCF)<br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK   )
                    : ss.:
COUNTY OF NEW YORK )

Robinson Howard, being duly sworn, deposes and says:

1.   I am over the age of 18 years and am not a party to this action, and am employed by Orrick, Herrington & Sutcliffe LLP.

2.   On the 25th day of March, 2008, I served by Certified Mail, Return Receipt Requested, a true copy of the Summons In A Civil Action, Complaint, Civil Cover Sheet, Rule 7.1 Statement, Individual Practice Rules of Judge Buchwald and Magistrate Judge Francis and Guidelines and Procedures for Electronic Case Filing upon Peter Coratola at the following addresses:

> 8330 Strasbourg Court
> Dublin, OH 43017
>
> 10822 Scioto Drive
> Huntsville, OH 43324

        7827 Cocobay Court
        Naples, FL 34108

        333 Sedgwick Court
        Naples FL 343108

by placing the same in a sealed envelope postage prepaid, addressed to the above in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

    3.    Pursuant to the contract, attached as Exhibit C to the Complaint, Defendant Peter Coratola consents to service by Certified Mail. A copy of the Certified Mail Receipt is attached to this Affidavit of Service.

                                                        Robinson Howard

Sworn to before me this
27th day of March, 2008

_____
Notary Public

        THOMAS BACKIEL
        Notary Public, State of New York
        No. 01BA6083754
        Qualified in Queens County
        Commission Expires Nov. 25, 20 10




