UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
HIGHLAND PARK CDO I GRANTOR
TRUST, SERIES A,

         Plaintiff,

  -against-

MATTHEW STUDER, FRED GRAFT,
ERNIE MALAS, AND PETER CORATOLA,

         Defendants.
-----------------------------------------------------------X

Case No. 08 CV 01670 (NB)

MOTION TO ADMIT
COUNSEL PRO HAC VICE

     PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Daniel E. Katz, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of Marc J. Kessler, a Partner in the firm of Hahn Loeser + Parks LLP, 65 E. State Street, Suite 1400, Columbus, Ohio 43215; tel (614) 221-0240, fax (614) 221-5909.

     Mr. Kessler is a member in good standing of the Bar of the State of Ohio and is also admitted to practice before the following federal courts: U.S. District Court, Northern and Southern Districts of Ohio, and U.S. Court of Appeals for the Sixth Circuit.

     There are no pending disciplinary proceedings against Mr. Kessler in any State or Federal Court.

Col - 124177.1

The Affidavit of Daniel E. Katz is attached hereto in support of this Motion.

Dated: New York, New York
March 27, 2008

        Respectfully submitted,

        BAUMAN KATZ & GRILL LLP
        *Attorneys for Defendants*

        By: _____
            Daniel E. Katz (DK 7222)
        28 West 44th Street, Suite 900
        New York, NY 10036
        Phone: 212/684-0300
        Fax: 212/417-9380
        Email: dkatz@bkgllplaw.com

Col - 124177.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X

HIGHLAND PARK CDO I GRANTOR
TRUST, SERIES A,

            Plaintiff,

     -against-

MATTHEW STUDER, FRED GRAFT,
ERNIE MALAS, AND PETER CORATOLA,

           Defendants.

------------------------------------------------------X

Case No. 08 CV 01670 (NB)

KATZ AFFIDAVIT IN
SUPPORT OF MOTION TO
ADMIT COUNSEL PRO HAC VICE

STATE OF NEW YORK    )
                                ) ss.:
COUNTY OF NEW YORK  )

      Daniel E. Katz, being duly sworn, hereby deposes and says as follows:

      1.     I am counsel for Defendants in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendants' motion to admit Marc J. Kessler as counsel pro hac vice to represent Defendants in this matter.

      2.     I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 1982. I am also admitted to the bar of the United State District Court for the Southern District of New York since 1982, and I am in good standing with this Court.

      3.     Mr. Kessler is a partner at Hahn Loeser + Parks LLP, in Columbus, Ohio.

      4.     Since I have known him, I have found Mr. Kessler to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

      5.     Accordingly, I am please to move the admission of Marc J. Kessler, pro hac vice.

Col - 124178.1

6. I respectfully submit a proposed order granting the admission of Marc J. Kessler, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that the motion to admit Marc J. Kessler, pro hac vice, to represent Defendants in the above captioned matter, be granted.

Respectfully submitted,

_____
Daniel E. Katz (DK 7222)

Sworn to before me this
27th day of March, 2008

_____
Notary Public

YASMIN R. SAEED
Notary Public, State of New York
No. 02SA6157711
Qualified in New York County
Commission Expires Dec. 11, 2010

2

COL - 117834.1

U UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------X

HIGHLAND PARK CDO I GRANTOR
TRUST, SERIES A,

               **Plaintiff,**

      -against-

MATTHEW STUDER, FRED GRAFT,
ERNIE MALAS, AND PETER CORATOLA,

               **Defendants.**

----------------------------------------------------------X

Case No. 08 CV 01670 (NB)

ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION

Upon motion of Daniel E. Katz, attorney for Defendants and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that:

| | |
|---|---|
| Applicant's Name: | Marc J. Kessler |
| Firm Name: | Hahn Loeser + Parks LLP |
| Address: | 65 E. State, Street, Suite 1400 |
| City/State/Zip: | Columbus, Ohio 43215 |
| Telephone/Fax: | (614) 221-0240 / (614) 221-5909 |

is admitted to practice pro hac vice as counsel for Defendants in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Col - 124179.1

Dated: New York, New York
       March ___, 2008

                                                   _____
                                                   **United States District Court Judge,**
                                                   **Southern District of New York**

# The Supreme Court of Ohio

C E R T I F I C A T E

    I, SUSAN B. CHRISTOFF, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Services of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

Marc Jason Kessler

was admitted to the practice of law in Ohio on November 09, 1992; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.

    IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 17th day of March, 2008.

SUSAN B. CHRISTOFF
*Director, Attorney Services Division*

*Attorney Registration Specialist*

## AFFIRMATION OF SERVICE

Yasmin R. Saeed, an attorney admitted to practice before in the State of New York affirms under penalty of perjury as follows:

1. I am not a party to this action. I am over 18 years of age and reside in New York, New York.

2. That on March 27, 2008, I served a copy of the within Motion to Admit Counsel Pro Hac Vice, together with Katz Affidavit and Certificate of Good Standing, upon the party set forth at the address shown below, said address being designated by said party for that purpose, by depositing a true copy with the United States Postal Service, at a depository located in the County of New York.

> Michael Stolper, Esq.
> Orrick, Herrington & Sutcliffe LLP
> *Attorneys for Plaintiff*
> 666 Fifth Avenue
> New York, New York 10103

Dated: New York, New York
       March 27, 2008

_____
Yasmin R. Saeed