UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
HIGHLAND PARK CDO I GRANTOR
TRUST, SERIES A,

        Plaintiff,

-against-

MATTHEW STUDER, FRED GRAFT,
ERNIE MALAS, AND PETER CORATOLA,

        Defendants.
-----------------------------------------------------------X

Case No. 08 CV 01670 (NB)

ORDER FOR ADMISSION
PRO HAC VICE
**ON WRITTEN MOTION**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/1/08

Upon motion of Daniel E. Katz, attorney for Defendants and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that:

| | |
|---|---|
| Applicant's Name: | Marc J. Kessler |
| Firm Name: | Hahn Loeser + Parks LLP |
| Address: | 65 E. State, Street, Suite 1400 |
| City/State/Zip: | Columbus, Ohio  43215 |
| Telephone/Fax: | (614) 221-0240 / (614) 221-5909 |

is admitted to practice pro hac vice as counsel for Defendants in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Col - 124179.1

Dated: New York, New York
      March 31, 2008

_____
Victor Marrero
United States District Court Judge,
Southern District of New York

Col - 124179.1