


May 14, 2008

Michael Stolper
(212) 506-3768
mstolper@orrick.com

<u>VIA FACSIMILE</u>

The Honorable Naomi R. Buchwald
United States District Court
United States Courthouse, Room 2270
500 Pearl Street
New York, New York 10007

      Re: <u>Highland Park CDO Trust I Grantor Trust, Series A v.
Matthew Studer, et al., Case No.: 08 Civ 01670 (NRB)</u>

Dear Judge Buchwald:

    We represent Plaintiff in the above-captioned matter. Pursuant to the teleconference held on May 12, 2008 between Plaintiff, Defendants and the Court, the parties agree to the following briefing schedule:

| | |
|---|---|
| Defendants' Motion to Dismiss and Stay Proceedings due | May 23, 2008 |
| Plaintiff's Answering Papers and Cross Motion for Summary Judgment due | June 6, 2008 |
| Defendants' Reply in Support of its Motion and Answering Papers in Opposition to Cross Motion due | June 20, 2008 |
| Plaintiff's Reply in Support of its Cross Motion due | June 27, 2008 |

So Ordered.

/s/ Naomi Reice Buchwald
USDJ
5/14/08

Thank you for your attention to this matter.

                     Respectfully submitted,

                     Michael Stolper

cc: Daniel E. Katz, Esq. *(via facsimile and e-mail)*
    Marc J. Kessler Esq. *(via facsimile)*



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/15/08