## CERTIFICATE OF SERVICE

I certify that on the 23rd day of May, 2008, copies of Defendants' Notice of Motion to Dismiss the Complaint or Stay These Proceedings, Katz Affirmation in Support, and exhibits, and Defendants' Memorandum of Law in Support, were filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

_____
Yasmin R. Saeed (1921)

Col - 125413.3