UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
HIGHLAND PARK CDO I GRANTOR
TRUST, SERIES A,

                Plaintiff,                Case No. 08 CV 01670 (NRB)

   -against-                         **KATZ SUPPLEMENTAL**
                                                  **AFFIDAVIT IN FURTHER**
MATTHEW STUDER, FRED GRAFT,        **SUPPORT OF DEFENDANTS'**
ERNIE MALAS, AND PETER               **MOTION TO DISMISS**
CORATOLA,                                       **THE COMPLAINT OR**
                                                  **STAY THE PROCEEDINGS**

                Defendants.
-------------------------------------------------------X

STATE OF NEW YORK   )
                             )ss.:
COUNTY OF NEW YORK)

      **DANIEL E. KATZ,** being duly sworn, deposes and says:

      1.    I am a member of the law firm of Bauman Katz & Grill LLP, attorneys for Defendants Matthew Studer, Fred Graft, Ernie Malas, and Peter Coratola (collectively, "Defendants") in the above-entitled action. I respectfully submit this Affidavit, based upon personal knowledge and records on file in my office, in support of Defendants' motion for an Order, (i) pursuant to Rules 12(b)(7) and 19 of the Federal Rules of Civil Procedure, dismissing the Complaint of Plaintiff Highland Park CDO I Grantor Trust, Series A ("Plaintiff" or "Highland Park") in its entirety on the basis that Plaintiff has failed to name an indispensable party, to wit, non-party Wells Fargo Bank, N.A., which holds an interest in a loan that is senior to Plaintiff's purported interest in a junior loan agreement, or, in the alternative; (ii) pursuant to the Court's inherent authority, staying any and all proceedings in the instant action pending resolution of a related action in an Ohio Trial Court, entitled *Wells Fargo Bank, N.A. v. Platinum*

*Lodging LLC, et al.*, Case No. 08CVE03-03668 (Franklin Cty.) (the "Ohio Action"); and (iii) such other and further relief as this Court deems just and proper under the circumstances.

2. The purpose of this Affidavit is to bring to the Court's attention the annexed decision and order entered on May 28, 2008 in the Common Pleas Court, Franklin County, in connection with the Ohio Action (the "Order"). (A copy of the Order is annexed hereto as Exhibit "1"). Pursuant to the Order, Defendants' motion to join Highland Park as a party-defendant in the Ohio Action was granted.

3. Because the Order was issued after Defendants' submission of their moving papers and is pertinent to the within motion, the Order will be further commented on in Defendants' reply papers.

**WHEREFORE**, Defendants Matthew Studer, Fred Graft, Ernie Malas, and Peter Coratola respectfully request an Order, pursuant to Rules 12(b)(7) and 19 of the Federal Rules of Civil Procedure, dismissing Plaintiff's Complaint in its entirety, together with an award of such other and further relief as this Court deems just and proper under the circumstances.

Daniel E. Katz (7222)

Sworn to before me this
30th day of May, 2008

Notary Public

YASMIN R. SAEED
Notary Public, State of New York
No. 02SA6157711
Qualified in New York County
Commission Expires Dec. 11, 2010

2

**EXHIBIT "1"**

IN THE COURT OF COMMON PLEAS
FRANKLIN COUNTY, OHIO

| | |
|---|---|
| WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE MORGAN STANLEY CAPITAL I INC. COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-XLF, by and through its Special Servicer Midland Loan Services,<br><br>        Plaintiff,<br><br>v.<br><br>PLATINUM LODGING LLC, *et al.*,<br><br>        Defendants. | CASE NO. 08CVE03-03668<br><br>JUDGE REECE |

## ORDER GRANTING JOINT MOTION TO JOIN ADDITIONAL PARTY AS DEFENDANT

This matter is now before the Court upon Defendants Platinum Lodging, LLC, Matthew Studer, Fred Graft, Ernie Malas and Peter Coratola's Joint Motion to Join Highland Park CDO I Grantor Trust, Series A ("Highland Park") as an additional party defendant to Plaintiff's claim pursuant to Civil Rules 19(A)(2)(b), 19(A)(3) and 21. Having reviewed the Joint Motion and pleadings to date, it is hereby **ORDER, ADJUDGED** and **DECREED** that the Joint Motion is **GRANTED**. Plaintiffs are hereby ordered to amend their complaint to join Highland Park as a defendant in this action and to serve a copy of it to Highland Park consistent with Ohio Civil Rules.

    IT IS SO ORDERED.

*Judge Guy L. Reece II*

_____
JUDGE REECE

Copies to:
James L. Allen
Paul E. Perry
Miller, Canfield, Paddock and Stone, PLC
840 West Long Lake Road, Suite 200
Troy, Michigan 48094

*Attorneys for Plaintiff*

Col - 125710.1

Key Equipment Finance, Inc.
c/o CSC – Lawyers Incorporating Service
50 West Broad Street, Suite 1800
Columbus, Ohio 43215

Lodgenet Entertainment Corp.
c/o The Prentice Hall Corporation System, Inc.
50 West Broad Street, Suite 1800
Columbus, Ohio 43215

Jennifer J. Jacquemain, Esq.
Mark W. Bernlohr, Esq.
23 South Main Street, Suite 301
Akron, Ohio 44308

*Attorneys for Defendant US Bancorp Business Equipment Finance Group*

Gaylor, Inc.
c/o CT Corporation System
1300 East Ninth Street
Cleveland, Ohio 44114

John A. Gleason, Esq.
555 Metro Place North, Suite 600
Dublin, Ohio 43017-1341

*Attorney for Defendant Champion Services LLC*

Galloway Landscape, LLC
c/o Acme Agent, Inc.
41 South High Street, Suite 2800
Columbus, Ohio 43215

Charles A. Mifsud, Esq.
Brian M. Gianangeli, Esq.
Joshua D. Weber, Esq.
The Law Office of Charles Mifsud LLC
326 South High Street
Annex, Suite 201
Columbus, Ohio 43215

*Attorneys for Defendant The State of Ohio Bureau of Worker's Compensation*

David L. Lackey, Esq.
Decker, Vonau & Sybert Co.
620 East Broad Street
Columbus, Ohio 43215

*Attorney for Defendant Greenscapes Landscape Co., Inc.*

Schindler Elevator Corporation
c/o CT Corporation System
1300 East Ninth Street
Cleveland, Ohio 44114

All-Seal Coatings, Inc.
15515 West Third Street
Plymouth, Indiana 46563

ECU Staffing Multi-Services, Inc.
c/o Guillermo Barrios
5578 Blue Lagoon Lane
Hilliard, Ohio 43026

Columbus Worthington Heating and Air Conditioning Co., Inc.
c/o CSC-Lawyers Incorporating Service
1300 East Ninth Street
Cleveland, Ohio 44114

James P. Botti, Esq.
Porter Wright Morris & Arthur LLP
41 South High Street, Suite 3100
Columbus, Ohio 43215

*Attorney for Defendant Crane Group Co.*

Franklin County Treasurer
373 South High Street, 17th Floor
Columbus, Ohio 43215

Col - 125710.1