## CERTIFICATE OF SERVICE

I certify that on the 30th day of May, 2008, copies of the Katz Supplemental Affidavit in Further Support of Defendants' Motion to Dismiss the Complaint or Stay the Proceedings, with exhibits, were filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

_____
Yasmin R. Saeed (1921)