**MEMO ENDORSED**



O R R I C K

June 4, 2008

Michael Stolper
(212) 506-3768
mstolper@orrick.com

<u>VIA FACSIMILE</u>

The Honorable Naomi R. Buchwald
United States District Court
United States Courthouse, Room 2270
500 Pearl Street
New York, New York 10007



Re:  Highland Park CDO Trust I Grantor Trust, Series A v.
     <u>Matthew Studer, et al.</u>, Case No.: 08 Civ 01670 (NRB)

Dear Judge Buchwald:

We represent Plaintiff in the above-captioned matter. In light of Wells Fargo Bank, N.A.'s ("Wells Fargo") request to file a motion to intervene and dismiss, which raises many of the same issues to be addressed by the parties' motions, we thought it would be most efficient to incorporate Wells Fargo's motion into the existing briefing schedule. With the consent of Wells Fargo and the Defendants, we propose the following modified briefing schedule:

| | |
|---|---|
| Wells Fargo's Motion to Intervene/Dismiss due | June 13, 2008 |
| Plaintiff's Answering Papers and Cross Motion for Summary Judgment due | June 27, 2008 |
| Defendants' and Wells Fargo's Replies in Support of their Motions and Answering Papers in Opposition to Cross Motion due | July 14, 2008 |
| Plaintiff's Reply in Support of its Cross Motion due | July 21, 2008 |

So Ordered

Thank you for your attention to this matter.

Respectfully submitted,

Michael Stolper

6/4/08

cc:  Daniel E. Katz, Esq. *(via facsimile and e-mail)*
     Marc J. Kessler, Esq. *(via facsimile)*
     Thomas R. Cox, Esq. *(via facsimile)*