Gregory L. Curtner (GC 5395)
Susan I. Robbins (GC 5759)
MILLER, CANFIELD, PADDOCK & STONE, P.L.C.
500 Fifth Avenue, Suite 1815
New York, NY 10110
Telephone: (212) 704-4400

Attorneys for Intervenor

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HIGHLAND PARK CDO I GRANTOR TRUST, SERIES A,<br><br>  Plaintiff,<br><br>v.<br><br>MATTHEW STUDER, FRED GRAFT, ERNIE MALAS, AND PETER CORATOLA,<br><br>  Defendants. | Civil Action No. 08 CV 01670<br><br>Hon. Naomi Reice Buchwald<br><br>**NOTICE OF MOTION OF SENIOR LENDER TO INTERVENE AND TO DISMISS COMPLAINT OF MEZZANINE LENDER** |

Please take notice that, pursuant to Federal Rules of Civil Procedure 12 and 24, Intervenor Wells Fargo Bank, N.A., as Trustee for the Morgan Stanley Capital I Inc. Commercial Mortgage Pass-Through Certificates Series 2006-XLF ("Intervenor") will move this Court before the Hon. Naomi Reice Buchwald, 500 Pearl Street, Courtroom 14-B, New York, New York, intervene and to dismiss the complaint of the mezzanine lender in the above-captioned action.

Dated: New York, New York
       June 10, 2008

    Respectfully submitted,

    MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.


    By:  s/Gregory L. Curtner
      Gregory L. Curtner (GC 5395)
      Counsel for Intervenor Wells Fargo Bank, N.A., as Trustee
      for the Morgan Stanley Capital I Inc. Commercial
      Mortgage Pass-Through Certificates Series 2006-XLF
      Miller, Canfield, Paddock and Stone, P.L.C.
      500 Fifth Avenue, Suite 1815
      New York, New York 10110
      Telephone: (212) 704-4400
      Email: curtner@millercanfield.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2008, I electronically filed the foregoing paper with the Clerk of the court using the ECF system, which will send notification of such filing to the following:

Michael T. Stolper, Esq. mstolper@orrick.com;

Dennis Michael O'Bryan, Esq. dob@obryanlaw.net;

Yasmin Rukhshanda Saeed, Esq. ysaeed@bkgllplaw.com; and

Marc J. Kessler, Esq. mkessler@hahnlaw.com

        s/Gregory L. Curtner
        Gregory L. Curtner (GC 5395)
        Counsel for Intervenor Wells Fargo Bank, N.A., as Trustee
        for the Morgan Stanley Capital I Inc. Commercial
        Mortgage Pass-Through Certificates Series 2006-XLF
        Miller, Canfield, Paddock and Stone, P.L.C.
        500 Fifth Avenue, Suite 1815
        New York, New York 10110
        Telephone: (212) 704-4400
        Email: curtner@millercanfield.com

DELIB:2979514.1\131318-00022