Michael Stolper
ORRICK, HERRINGTON & SUTCLIFFE LLP
666 Fifth Avenue
New York, NY 10103
Telephone: (212) 506-5000

Attorneys for Highland Park CDO I Grantor Trust,
Series A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HIGHLAND PARK CDO I GRANTOR TRUST,<br>SERIES A<br>　　　　　　　Plaintiff,<br>　v.<br>MATTHEW STUDER, FRED GRAFT, ERNIE<br>MALAS, and PETER CORATOLA,<br>　　　　　　Defendants. | Case No. 08 Civ. 01670 (NRB)<br><br>**NOTICE OF MOTION FOR<br>SUMMARY JUDGMENT** |

PLEASE TAKE NOTICE that upon the attached Rule 56.1 Statement of Undisputed

Facts, the Declaration of Michael Stolper and all of the exhibits attached thereto, the

accompanying Memorandum of Law in Support of Plaintiff's Motion for Summary Judgment,

and all prior pleadings and proceedings herein, Plaintiff Highland Park CDO I Grantor Trust,

Series A ("**Highland**"), will move this Court, before the Honorable Naomi Reice Buchwald,

United States District Judge for the Southern District of New York, at the United States

Courthouse, 500 Pearl Street, New York, New York, at a date and time convenient for the Court,

pursuant to Rule 56 of the Federal Rules of Civil Procedure, for an order granting Defendants'

motion for summary judgment dismissing this action in its entirety.

Dated:    New York, New York
          June 27, 2008

                              ORRICK, HERRINGTON & SUTCLIFFE LLP

                              By: _____
                                        Michael Stolper

                              666 Fifth Avenue
                              New York, New York 10103-0001
                              Telephone: (212) 506-5000

                              Attorneys for Plaintiff Highland Park CDO I Grantor
                              Trust, Series A