Gregory L. Curtner (GC 5395)
Susan I. Robbins (SR 5759)
MILLER, CANFIELD, PADDOCK & STONE, P.L.L.C.
500 Fifth Avenue, Suite 1815
New York, NY 10110
Telephone: (212) 704-4400

Attorneys for Intervenor
WELLS FARGO BANK, N.A.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

----------------------------------------

HIGHLAND PARK CDO I GRANTOR TRUST,
SERIES A,

           Plaintiff,

vs.

MATTHEW STUDER, FRED GRAFT,
ERNIE MALAS, AND PETER
CORATOLO

           Defendants.

----------------------------------------

Civ. No. 08 CV 01670 (NRB)

**MOTION AND NOTICE OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***



      **PLEASE TAKE NOTICE** that upon the annexed declaration of Thomas R. Cox, Esq., dated July 15, 2008, and the declaration of Susan I. Robbins, dated July 15, 2008, the intervenor, Wells Fargo Bank, N.A., moves this Court, pursuant to General Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, for an order admitting Thomas R. Cox, Esq. pro hac vice for limited admission to the Bar of the United States District Court for the Southern District of New York for all purposes with respect to the above referenced proceeding and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
       July 15, 2008

>Respectfully submitted,
>
>MILLER, CANFIELD, PADDOCK AND STONE, P.L.L.C.
>
>By: _____
>   Gregory L. Curtner (GC 5395)
>   Susan I. Robbins (SR 5759)
>   *Attorneys for Intervenor Wells Fargo Bank, N.A.*
>   500 Fifth Avenue, Suite 1815
>   New York NY 10110
>   Telephone: (212) 704-4400

TO:

| | |
|---|---|
| Michael Stolper, Esq.<br>Orrick, Herrington & Sutcliffe, LLP<br>Attorneys for Plaintiff<br>666 Fifth Avenue<br>New York, NY 10103<br>(212) 506-5000 | Daniel E. Katz, Esq.<br>Yasmin Rukhshanda Saeed, Esq.<br>Bauman Katz & Grill, LLP<br>28 West 44th Street, Suite 900<br>New York, NY 10036<br>(212) 684-0300 |
| Dennis Michael O'Bryan, Esq.<br>O'Connor Redd LLP<br>200 Mamaroneck Avenue, 2nd Floor<br>White Plains, NY 10601<br>(248) 258-6262 | Marc J. Kessler<br>Hahn Loeser & Parks LLP<br>65 E. Main Street, Suite 1400<br>Columbus, OH 43215<br>(614) 233-5168 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

DELIB:2992813.1\131318-00022

Gregory L. Curtner (GC 5395)
Susan I. Robbins (SR 5759)
MILLER, CANFIELD, PADDOCK & STONE, P.L.L.C.
500 Fifth Avenue, Suite 1815
New York, NY 10110
Telephone: (212) 704-4400

Attorneys for Intervenor
WELLS FARGO BANK, N.A.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

HIGHLAND PARK CDO I GRANTOR TRUST,
SERIES A,

              Plaintiff,

vs.

MATTHEW STUDER, FRED GRAFT,
ERNIE MALAS, AND PETER
CORATOLO

              Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Civ. No. 08 CV 01670 (NRB)

**DECLARATION OF SUSAN I. ROBBINS IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

SUSAN I. ROBBINS, being duly sworn, hereby deposes and says as follows:

1.    I am counsel for Intervenor Wells Fargo Bank, N.A., as Trustee for the Morgan Stanley Capital I Inc. Commercial Mortgage Pass-Through Certificate Series 2006-XLF ("Intervenor") in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Intervenor's motion to admit Thomas R. Cox as counsel pro hac vice to represent Intervenor in this matter.

2.   I am a member in good standing of the Bar of the State of New York and was admitted to practice law in 1987. I am also admitted to the Bar of the United States Court for the Southern District of New York, and am in good standing with this Court.

3.   I have known Thomas R. Cox since 1993.

4.   Mr. Cox is a member of the law firm of Miller Canfield Paddock & Stone, P.L.C. in Detroit, Michigan.

5.   I have found Mr. Cox to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.   Accordingly, I am pleased to move for the admission of Thomas R. Cox, pro hac vice.

7.   I respectfully submit a proposed order granting the admission of Thomas R. Cox, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that the motion made to admit Thomas R. Cox, pro hac vice, to represent Intervenor in the above captioned matter, be granted.

Dated: New York, New York
       July 15, 2008

                    Respectfully submitted,

                    MILLER, CANFIELD, PADDOCK AND STONE, P.L.L.C.

                    By: _____
                        Gregory L. Curtner (GC 5395)
                        Susan I. Robbins (SR 5759)
                        *Attorneys for Intervenor Wells Fargo Bank, N.A.*
                        500 Fifth Avenue, Suite 1815
                        New York NY 10110
                        Telephone: (212) 704-4400

DELIB:2992645.1\131318-00022

Gregory L. Curtner (GC 5395)
Susan I. Robbins (SR 5759)
MILLER, CANFIELD, PADDOCK & STONE, P.L.L.C.
500 Fifth Avenue, Suite 1815
New York NY 10110
Telephone: (212) 704-4400
*Attorneys for Intervenor Wells Fargo Bank, N.A.*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

HIGHLAND PARK CDO I GRANTOR TRUST,
SERIES A,

        Plaintiff,

vs.

MATTHEW STUDER, FRED GRAFT,
ERNIE MALAS, AND PETER
CORATOLO

        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Civ. No. 08 CV 01670 (NRB)

**DECLARATION IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

THOMAS R. COX, being duly sworn, hereby deposes and says as follows:

1. I am a member of the law firm of Miller, Canfield, Paddock and Stone, P.L.C., located at 150 W. Jefferson Avenue, Suite 2500, Detroit, Michigan 48226.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto I am a member in good standing of the Bar of the State of Michigan.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. Wherefore, your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in this one case.

Respectfully submitted,

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

By: _____
Thomas R. Cox
150 W. Jefferson Ave., Suite 2500
Detroit, Michigan 48226
Telephone: (313) 496-6420
cox@millercanfield.com

Dated: July 15, 2008

DELIB:2992663.1\131318-00022

2

# State Bar of Michigan
## Certificate
### of Good Standing

This certifies that Thomas R. Cox, P42036 of Detroit, Michigan is an active member of the State Bar of Michigan in good standing. He was admitted to practice in Michigan on December 21, 1988 in Wayne County and became a member of the State Bar of Michigan on December 21, 1988.

Janet K. Welch
Executive Director
July 02, 2008

Gregory L. Curtner (GC 5395)
Susan I. Robbins (SR 5759)
MILLER, CANFIELD, PADDOCK & STONE, P.L.L.C.
500 Fifth Avenue, Suite 1815
New York, NY 10110
Telephone: (212) 704-4400

Attorneys for Intervenor
WELLS FARGO BANK, N.A.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

HIGHLAND PARK CDO I GRANTOR TRUST,
SERIES A,

           Plaintiff,

vs.

MATTHEW STUDER, FRED GRAFT,
ERNIE MALAS, AND PETER
CORATOLO

           Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Civ. No. 08 CV 01670 (NRB)

**AFFIDAVIT OF SERVICE**

STATE OF MICHIGAN  )
                          ) ss.:
COUNTY OF WAYNE   )

     1.     Jeffrey L. Widen, being duly sworn states that he is an employee of the law firm of Miller, Canfield, Paddock & Stone, P.L.C., and that on July 16, 2008 he served copies of the following documents:

- Motion and Notice of Motion to Admit Counsel Pro Hac Vice;
- Declaration of Susan I. Robbins in Support of Motion to Admit Counsel Pro Hac Vice with Certificate of Good Standing;
- Declaration in Support of Motion to Admit Counsel Pro Hac Vice;
- Proposed Order for Admission Pro Hac Vice for Thomas R. Cox

upon the following parties at the addresses so designated by them for said purpose:

| | |
|---|---|
| Michael Stolper, Esq.<br>Orrick, Herrington & Sutcliffe, LLP<br>*Attorneys for Plaintiff*<br>666 Fifth Avenue<br>New York, NY  10103 | Daniel E. Katz, Esq.<br>Yasmin Rukhshanda Saeed, Esq.<br>Bauman Katz & Grill, LLP<br>*Attorneys for Defendant*<br>28 West 44th Street, Suite 900<br>New York, NY  10036 |
| Dennis Michael O'Bryan, Esq.<br>O'Connor Redd LLP<br>*Attorneys for Plaintiffs*<br>200 Mamaroneck Avenue, 2nd Floor<br>White Plains, NY  10601 | Marc J. Kessler<br>Hahn Loeser & Parks LLP<br>*Attorneys for Defendant*<br>65 E. Main Street, Suite 1400<br>Columbus, OH  43215 |

2. Said services were made by mailing true copies of the aforementioned documents in pre-paid, First Class Mail, sealed wrappers, properly addressed and deposited in an official receptacle in the State of Michigan.

_____
Jeffrey L. Widen

Subscribed and sworn to before me this
16th day of July 2008

_____
Michelle M. Lingenfelter, Notary Public
Wayne County, Michigan
My commission expires 5/27/2011

DELIB:2993200.1\131318-00022

Gregory L. Curtner (GC 5395)
Susan I. Robbins (SR 5759)
MILLER, CANFIELD, PADDOCK & STONE, P.L.L.C.
500 Fifth Avenue, Suite 1815
New York NY 10110
Telephone: (212) 704-4400
*Attorneys for Intervenor Wells Fargo Bank, N.A.*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
HIGHLAND PARK CDO I GRANTOR TRUST,
SERIES A,

                Plaintiff,

vs.

MATTHEW STUDER, FRED GRAFT,
ERNIE MALAS, AND PETER
CORATOLO

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Civ. No. 08 CV 01670 (NRB)

**ORDER GRANTING MOTION
TO ADMIT COUNSEL *PRO
HAC VICE***

    The motion to admit counsel pro hac vice in the above captioned matter is granted. The admitted attorney, Thomas R. Cox, is permitted to argue or try this particular case in whole or in part as counsel or advocate.

    An attorney admitted to practice *pro hac vice* is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fee.

    This Order confirms your appearance as counsel in this case, and it will be entered on the Court's docket. A notation of your admission *pro hac vice* for the above listed case will be made on the roll of attorneys.

2

      The attorney admitted *pro hac vice* must serve a copy of this Order on all other counsel in this case.

_____
United States District Judge

Dated: _____

DELIB:2992656.1\131318-00022