Michael Stolper
ORRICK, HERRINGTON & SUTCLIFFE LLP
666 Fifth Avenue
New York, New York 10103
Telephone: (212) 506-5000

Attorneys for Plaintiff Highland Park CDO I
Grantor Trust, Series A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HIGHLAND PARK CDO I GRANTOR TRUST, SERIES A<br>     Plaintiff,<br>v.<br>MATTHEW STUDER, FRED GRAFT, ERNIE MALAS, and PETER CORATOLA,<br>     Defendants. | Case No. 08 Civ. 01670<br><br>**DECLARATION OF MICHAEL STOLPER IN FURTHER SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

I, Michael Stolper, declare:

1.  I am a member of the bar of this Court and of the firm Orrick, Herrington & Sutcliffe LLP, counsel to Highland Park CDO I Grantor Trust, Series A ("**Highland**"), Plaintiff in the above-entitled action. I submit this Declaration in further support of Plaintiff's motion for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure.

2.  Highland has retained Ohio counsel and is in the process of obtaining a dismissal from the Ohio Foreclosure Action: *Wells Fargo N.A., as Trustee for the Morgan Stanley Capital I Inc. Commercial Mortgage Pass-Through Certificates Series 2006-XLF v. Platinum Lodging, LLC, et al.*, No. 08CVE03-03668 (Ohio Ct. C.P. Franklin County 2008).

3. Attached hereto as <u>Exhibit 1</u> is a copy of Highland's Notice of Disclaimer of Lien Interest in Property Subject to Foreclosure, filed in the Ohio Foreclosure Action.

4. Attached hereto as <u>Exhibit 2</u> is a copy of Wells Fargo's Notice of Voluntary Dismissal of Highland that I understand will be filed tomorrow in the Ohio Foreclosure Action.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 21, 2008 at New York, New York.

_____
Michael Stolper

# Exhibit 1

IN THE COURT OF COMMON PLEAS
FRANKLIN COUNTY, OHIO

| | |
|---|---|
| WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE MORGAN STANLEY CAPITAL I INC. COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-XLF, by and through its Special Servicer Midland Loan Services<br><br>Plaintiff,<br><br>vs.<br><br>PLATINUM LODGING, LLC, *et al.*,<br><br>Defendants. | Case No. 08CVE03-03668<br><br>Judge Reece |

### NOTICE OF DEFENDANT HIGHLAND PARK OF DISCLAIMER OF LIEN INTEREST IN PROPERTY SUBJECT TO FORECLOSURE

Defendant Highland Park CDO Trust I Grantor Trust, Series A ("Highland Park"), by and through counsel, hereby gives notice that it does not have any lien, interest in, or claim to, the real or personal property (the "Property") as defined in the Mortgage and Security Agreement dated as of July 18, 2006, now held by the Plaintiff and at issue in this action. As such, Highland Park should not be a party to this foreclosure action. Nothing in this Notice shall be construed as a waiver by Highland Park of any of its contractual rights under the Mezzanine Loan Documents, including, but not limited to, Section 2.4.2 of the Mezzanine Loan (the Mezzanine Loan is not at issue in this action).

Respectfully submitted,

_____
Jeffrey A. Lipps  (0005541)
Angela M. Paul Whitfield (0068774)
CARPENTER LIPPS & LELAND LLP
280 Plaza, Suite 1300
280 North High Street
Columbus, Ohio  43215
(614) 365-4100
(614) 365-9145 (Facsimile)
lipps@carpenterlipps.com
paul@carpenterlipps.com

Counsel for Defendant Highland Park

OF COUNSEL:

Michael T. Stolper
ORRICK, HERRINGTON & SUTCLIFFE LLP
666 Fifth Avenue
New York, NY 10103-0001
(212) 506-5000
(212) 506-5151 (Facsimile)
mstolper@orrick.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice Of Defendant Highland Park of Disclaimer of Lien Interest in Property Subject to Foreclosure was served this 21st day of July, 2008, by regular, U.S. mail, postage prepaid upon:

| | |
|---|---|
| Michael N. Schaeffer<br>Richard G. Murray<br>Kemp, Schaeffer & Rowe Co. L.P.A.<br>88 West Mound Street<br>Columbus, Ohio 43215<br>*Attorney for Defendant Platinum Lodging, LLC* | Marc J. Kessler<br>Daniel A. DeMarco<br>Hahn, Loeser & Parks LLP<br>65 E. State St., 14th Floor<br>Columbus, OH 43215-4209<br>*Attorney for Defendant Guarantors* |
| Mark W. Bernlohr<br>Jennifer J. Jacquemain<br>Bernlohr Wertz, L.L.P.<br>23 S. Main Street, Suite 301<br>Akron, OH 44308<br>*Attorney for Defendant Lyon Financial Services, Inc., d/b/a US Bancorp Business Equipment Finance Group* | Charles A. Mifsud<br>Brian M. Gianangeli<br>Joshua D. Weber<br>The Law Office of Charles Mifsud LLC<br>Suite 201 Annex<br>326 S. High Street<br>Columbus, OH 43215<br>*Attorney for Defendant Ohio State Bureau of Workers Compensation* |
| Lucas C. Ward<br>Ohio Attorney General Collections Enforcement<br>150 E. Gay St., 21st Floor<br>Columbus, OH 43215<br>*Attorney for The State of Ohio Bureau of Workers' Compensation* | Adria L. Fields<br>Assistant Prosecuting Attorney<br>Franklin County Prosecutors Office<br>373 S. High Street, 17th Floor<br>Columbus, OH 43215<br>*Attorney for Defendant Franklin County Treasurer* |
| David L. Lackey<br>Decker, Vonau & Seguin, Lackey & Viets Co., L.P.A.<br>620 E. Broad St.<br>Columbus, OH 43215<br>*Attorney for Defendant Greenscapes Landscape Company* | Andrew R. Fredelake<br>Thompson Hine LLP<br>10 W. Broad St., Ste. 700<br>7th Floor<br>Columbus, OH 43215<br>*Attorney for Defendant Gaylor Inc.* |
| John A. Gleason<br>555 Metro Place N., Ste. 600<br>Dublin, OH 43017-1314<br>*Attorney for Defendant Champion Services LLC* | Howard E. Baumwell<br>211 E. Livingston Ave.<br>Columbus, OH 43215<br>*Attorney for Defendant Galloway Landscape LLC* |

| | |
|---|---|
| James L. Allen (0077534)<br>Paul E. Perry (0023326)<br>Miller, Canfield, Paddock and Stone, PLC<br>840 West Long Lake Road, Suite 200<br>Troy, Michigan 48098<br>*Attorneys for Plaintiff* | Trina Goethals<br>Maguire & Schneider LLP<br>250 Civic Center Dr., Ste. 500<br>Columbus, OH 43215<br>*Co-Counsel for Plaintiff* |
| James P. Botti<br>Porter, Wright, Morris & Arthur LLP<br>41 S. High Street, Suite 3100<br>Columbus, OH 43215<br>*Attorney for Defendant Crane Group Co.* | COLUMBUS WORTHINGTON HEATING AND AIR CONDITIONING COMPANY INC<br>c/o CSC – Lawyers Incorporating Service<br>1300 East Ninth Street<br>Cleveland, OH 44114 |
| KEY EQUIPMENT FINANCE INC<br>c/o CSC-Lawyers Inc., SVC<br>50 W. Broad St., Ste. 1800<br>Columbus, OH 43215 | LODGENET ENTERTAINMENT CORP<br>c/o Prentice Hall Corp. System, Inc.<br>380 S. 5th St.<br>Columbus, OH 43215 |
| SCHINDLER ELEVATOR CORPORATION<br>c/o CT Corporation System<br>1300 East Ninth Street<br>Cleveland, OH 44114 | ECU STAFFING MULTI-SERVICES, INC.<br>c/o Guillermo Barrios<br>5578 Blue Lagoon Lane<br>Hilliard, OH 43026 |
| ALL-SEAL COATINGS, INC.<br>15515 West Third Street<br>Plymouth, IN 46563 | Lloyd-Pierre Louis<br>Pierre-Louis & Associates, LLC<br>The LeVeque Tower<br>50 W. Broad St., Ste. 1600<br>Columbus, OH 43215<br>*Attorney for Receiver* |

_____
One of the Attorneys for Defendant
Highland Park

210835

# Exhibit 2

IN THE COURT OF COMMON PLEAS
FRANKLIN COUNTY, OHIO

Wells Fargo Bank, N.A., as Trustee for the Morgan Stanley Capital I Inc. Commercial Mortgage Pass-Through Certificates Series 2006-XLF, by and through its special servicer Midland Loan Services, Inc.,

Plaintiff,

vs.

Platinum Lodging, LLC, et al.,

Defendants.

Case No. 08 CVE 03 03668

Judge: Reece

**PLAINTIFF'S NOTICE OF DISMISSAL OF CLAIM AGAINST DEFENDANT HIGHLAND PARK CDO TRUST I GRANTOR TRUST, SERIES A**

Defendant Highland Park CDO Trust I Grantor Trust, Series A having filed a disclaimer of interest in the real estate that is the subject of Plaintiff's First Amended Complaint, Plaintiff gives notice of voluntary dismissal of its claim against Defendant Highland Park CDO Trust I Grantor Trust, Series A.

No counterclaim remaining pending for independent adjudication by the court has been served by any defendant. This notice is pursuant to Civ. R. 41(A)(1).

Dated: July 21, 2008

Respectfully submitted,

/s/ James L. Allen

James L. Allen (0077534)
Paul E. Perry (0023326)
Miller, Canfield, Paddock and Stone, PLC
840 West Long Lake Road, Suite 200
Troy, Michigan 48098
(248) 267-3285
(248) 879-2001 Fax
allenj@millercanfield.com
perry@millercanfield.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice Of Voluntary Dismissal was served this 21st day of July, 2008, by regular, U.S. mail, postage prepaid upon:

| | |
|---|---|
| Michael N. Schaeffer<br>Richard G. Murray<br>Kemp, Schaeffer & Rowe Co. L.P.A.<br>88 West Mound Street<br>Columbus, Ohio 43215<br>*Attorney for Defendant Platinum Lodging, LLC* | Marc J. Kessler<br>Daniel A. DeMarco<br>Hahn, Loeser & Parks LLP<br>65 E. State St., 14th Floor<br>Columbus, OH 43215-4209<br>*Attorney for Defendant Guarantors* |
| Mark W. Bernlohr<br>Jennifer J. Jacquemain<br>Bernlohr Wertz, L.L.P.<br>23 S. Main Street, Suite 301<br>Akron, OH 44308<br>*Attorney for Defendant Lyon Financial Services, Inc., d/b/a US Bancorp Business Equipment Finance Group* | Charles A. Mifsud<br>Brian M. Gianangeli<br>Joshua D. Weber<br>The Law Office of Charles Mifsud LLC<br>Suite 201 Annex<br>326 S. High Street<br>Columbus, OH 43215<br>*Attorney for Defendant Ohio State Bureau of Workers Compensation* |
| Lucas C. Ward<br>Ohio Attorney General Collections Enforcement<br>150 E. Gay St., 21st Floor<br>Columbus, OH 43215<br>*Attorney for The State of Ohio Bureau of Workers' Compensation* | Adria L. Fields<br>Assistant Prosecuting Attorney<br>Franklin County Prosecutors Office<br>373 S. High Street, 17th Floor<br>Columbus, OH 43215<br>*Attorney for Defendant Franklin County Treasurer* |
| David L. Lackey<br>Decker, Vonau & Seguin, Lackey & Viets Co., L.P.A.<br>620 E. Broad St.<br>Columbus, OH 43215<br>*Attorney for Defendant Greenscapes Landscape Company* | Andrew R. Fredelake<br>Thompson Hine LLP<br>10 W. Broad St., Ste. 700<br>7th Floor<br>Columbus, OH 43215<br>*Attorney for Defendant Gaylor Inc.* |
| John A. Gleason<br>555 Metro Place N., Ste. 600<br>Dublin, OH 43017-1314<br>*Attorney for Defendant Champion Services LLC* | Howard E. Baumwell<br>211 E. Livingston Ave.<br>Columbus, OH 43215<br>*Attorney for Defendant Galloway Landscape LLC* |

| | |
|---|---|
| James P. Botti<br>Porter, Wright, Morris & Arthur LLP<br>41 S. High Street, Suite 3100<br>Columbus, OH 43215<br>*Attorney for Defendant Crane Group Co.* | Trina Goethals<br>Maguire & Schneider LLP<br>250 Civic Center Dr., Ste. 500<br>Columbus, OH 43215<br>*Co-Counsel for Plaintiff* |
| KEY EQUIPMENT FINANCE INC<br>c/o CSC-Lawyers Inc., SVC<br>50 W. Broad St., Ste. 1800<br>Columbus, OH 43215 | COLUMBUS WORTHINGTON HEATING AND AIR CONDITIONING COMPANY INC<br>c/o CSC – Lawyers Incorporating Service<br>1300 East Ninth Street<br>Cleveland, OH 44114 |
| SCHINDLER ELEVATOR CORPORATION<br>c/o CT Corporation System<br>1300 East Ninth Street<br>Cleveland, OH 44114 | LODGENET ENTERTAINMENT CORP<br>c/o Prentice Hall Corp. System, Inc.<br>380 S. 5th St.<br>Columbus, OH 43215 |
| ALL-SEAL COATINGS, INC.<br>15515 West Third Street<br>Plymouth, IN 46563 | ECU STAFFING MULTI-SERVICES, INC.<br>c/o Guillermo Barrios<br>5578 Blue Lagoon Lane<br>Hilliard, OH 43026 |
| Angela M. Paul Whitfield<br>Carpenter Lipps & Leland LLP<br>280 Plaza, Suite 1300<br>280 N. high St.<br>Columbus, OH 43215<br>*Attorney for Defendant Highland Park* | Lloyd-Pierre Louis<br>Pierre-Louis & Associates, LLC<br>The LeVeque Tower<br>50 W. Broad St., Ste. 1600<br>Columbus, OH 43215<br>*Attorney for Receiver* |

*Heather Swantek* (signature)

Heather Swantek

BHLIB:604836.3\131318-00022