Gregory L. Curtner (GC 5395)
Susan I. Robbins (SR 5759)
MILLER, CANFIELD, PADDOCK & STONE, P.L.L.C.
500 Fifth Avenue, Suite 1815
New York NY 10110
Telephone: (212) 704-4400
*Attorneys for Intervenor Wells Fargo Bank, N.A.*

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/08
```

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

HIGHLAND PARK CDO I GRANTOR TRUST,
SERIES A,

          Plaintiff,

vs.

MATTHEW STUDER, FRED GRAFT,
ERNIE MALAS, AND PETER
CORATOLO

          Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Civ. No. 08 CV 01670 (NRB)

**ORDER GRANTING MOTION TO ADMIT COUNSEL *PRO HAC VICE***

The motion to admit counsel pro hac vice in the above captioned matter is granted. The admitted attorney, Thomas R. Cox, is permitted to argue or try this particular case in whole or in part as counsel or advocate.

An attorney admitted to practice *pro hac vice* is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fee.

This Order confirms your appearance as counsel in this case, and it will be entered on the Court's docket. A notation of your admission *pro hac vice* for the above listed case will be made on the roll of attorneys.

The attorney admitted *pro hac vice* must serve a copy of this Order on all other counsel in this case.

*[signature]*

United States District Judge

Dated: July 23, 2008

DELIB 2992656.1\131318-00022