UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

HIGHLAND PARK CDO I GRANTOR
TRUST, SERIES A,

                Plaintiff,

-against-

MATTHEW STUDER, FRED GRAFT,
ERNIE MALAS, AND PETER CORATOLA,

                Defendants.

------------------------------------------------------------X

Case No. 08 CV 01670 (NB)

**CERTIFICATE OF SERVICE**

      Yasmin R. Saeed, an attorney admitted to practice law in the United States District Court, Southern District of New York hereby certifies that on August 7, 2008, copies of the Katz Sur-Reply Affidavit in Further Support of Defendants' Motion to Dismiss the Complaint or Stay the Proceedings, with exhibits, were filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dated: New York, New York
       August 7, 2008

                                      _____
                                      Yasmin R. Saeed